UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDJANN HENRIQUE DOS SANTOS,<br>    Petitioner,<br><br>v.<br><br>KIRSTJEN M. NIELSEN,<br>CHRISTOPHER CRONEN, YOLANDA<br>SMITH, AND STEVEN W. TOMKINS,<br>    Respondents. | C.A. No. 18-10310-MLW |

ORDER

WOLF, D.J.                                             February 20, 2018

Edjann Henrique Dos Santos's Petition for Writ of Habeas Corpus was filed on February 16, 2018. The Secretary of Homeland Security ("DHS") is a respondent and evidently the real adverse party. The case involves some of the same claims as Arriaga-Gil v. Tompkins, C.A. No. 17-10743-MLW, De Oliveira v. Moniz et al., C.A. No. 18-10150-MLW, Calderon Jimenez v. Nielsen, et al., C.A. No. 18-10225-MLW, and Junqueira v. Souza et al., C.A. No. 18-10307, including but not limited to whether petitioner is being detained in violation of DHS regulations. See, e.g., 8 C.F.R. §241.4. Therefore, this case was properly designated by petitioner as related to Arriaga, De Oliveira, Calderon, and Junqueira. See L.R. 40.1(G). Accordingly, this case was correctly assigned to this court. Id.

It is hereby ORDERED that:

1. The Clerk of this Court shall serve forthwith a copy of the petition (Docket No. 1) upon respondents and the United States Attorney for the District of Massachusetts.

2. The parties, including the Secretary of DHS, shall confer and, by February 27, 2018, jointly if possible, but separately if necessary: (a) report whether they have reached an agreement to resolve this case; if not, (b) report whether they request more time to continue their discussions; and if not, (c) propose a schedule for briefing and a subsequent hearing.

3. In order to preserve the court's jurisdiction, to provide the parties an opportunity to attempt to resolve this case and, if necessary, to brief the issues properly, petitioner shall not be moved outside the District of Massachusetts, temporarily or permanently, during the pendency of this case. See 28 U.S.C. §1651(a)("[A]ll courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."). This requirement may be reconsidered by the court sua sponte or upon motion by either party.

UNITED STATES DISTRICT JUDGE

2